# United States District Court
## EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

The second-floor residence and office at 1131 Glenview Avenue, Wauwatosa, Wisconsin, and the basement of that structure, further described as a two-story light brick duplex with entrance to 1131 at the right of the two entry doors facing the street.

CASE NUMBER: 12-844M(NJ)

## SEARCH WARRANT

TO: **Any Authorized Officer of the United States:**

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property in the Eastern District of Wisconsin

The second-floor residence and office at 1131 Glenview Avenue, Wauwatosa, Wisconsin, and the basement of that structure, further described as a two-story light brick duplex with entrance to 1131 at the right of the two entry doors facing the street, depicted in Attachment A.

The property to be searched, described above, is believed to conceal items described in Attachment B in violation of Title 18, United States Code, Section 1343.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the property described in Attachment B.

YOU ARE HEREBY COMMANDED to search on or before _April 13, 2012_
Date *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Nancy Joseph.

Sworn to before me, and subscribed in my presence

_March 30 2012_   at _Milwaukee, Wisconsin_
Date and time issued   City and State

_Nancy Joseph_   _Nancy Joseph_
Nancy Joseph, United States Magistrate Judge   Signature of Judicial Officer
Name & Title of Judicial Officer

# RETURN

| Date Warrant received | Date and time Warrant executed | Copy of warrant and receipt for items left with |
|---|---|---|
| 3/3/12 | 4/2/12 9:50 AM | Wauwatosa Residence, 1131 Glenview Ave, WI |

Inventory made in the presence of: No one present. Receipt left at Premises by SA John Klugiewicz

Inventory of person or property taken pursuant to the Warrant

See attached

# CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/9/12

_(Executing officer's signature)_

John Klugiewicz SA FBI
_(Printed name and title)_

Subscribed, sworn to, and returned before me this date.

_(U.S. Judge or Magistrate Judge)_  4.9.12 _(Date)_



## ATTACHMENT B TO SEARCH WARRANT

Description of items to be seized:

Records, in whatever form kept or stored (*i.e.*, paper, computer, electronic, or any other data storage medium), including, reflecting, or consisting of any of the following:

1. personal identification records and information,

2. financial records and information,

3. credit card records, including convenience checks,

4. receipts and invoices, including receipts of credit card purchases,

5. debit card records,

6. incorporation records and contracts,

7. employment records,

8. tax returns and tax return information,

9. address lists,

10. phone records,

11. travel records,

12. Shipping records, address lists, and address labels,

13. Calendars and diaries, and

14. correspondence, mailings, notes, or email messages, messages in electronic form, blogs, to, from, or concerning Elite Sports, IEWC, Titletown Tickets, William Wenzel, payments for IEWC events, inventory purchases, credit card purchases, and/or billing instructions.

15. Sports memorabilia and gear, including football helmets, tee shirts, jerseys, canvases, photographs; baseball helmets, caps, tee shirts, jerseys, canvases, bats, and photographs; and basketball tee shirts, jerseys, photographs, and canvases.

FD-597 (Rev 8-11-94)

Page 1 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 196D-MW-47846

On (date) 4/2/12

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Stacy Jenson
(Street Address) 1131 Glenview Ave,
(City) Wauwatosa, WI

Description of Item(s):

1. Business Records
2. HP Computer S/N 3CR1010Y6W
3. Business Records - Elite Sport + Raffle Ticket Refund
4. Dinner Ball invitation with attached handwritten post-it
5. 1 plastic tote containing JEW + Elite Sports Business Records
6. Meeting Notes
7. 7 thumb drives + 2 3½ Floppys
8. Papers + CSE Invoice Binder
9. Sony Laptop S/N C3LQ20AY
10. Photocopied credit card info
11. Park Bank credit card Acct # 4684 6300 0000 6360
12. checks
13. Invoices, Inventory, MMA Account statement, USPS receipt
14. $1.2 mil IEWC Deposit Document + Stacy Jenson 05-06 File
15. Carbon copies + true cheques
16. check reorder form + Wells Fargo Investment Acct. Info
17. IEWC orientation binder for Stacy Jenson
18. Box containing headbands
19. Box containing 12 backpacks/bags

Received By: [signature]    Received From: No One Present

Case 2:12-mj-00044-NJ   Filed 04/09/12   Page 5 of 6   Document 2

(signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 196D-mw-47846

On (date) 4/2/12

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Stacy Jenson
(Street Address) 1131 Glenview Ave
(City) Wauwatosa, WI

Description of Item(s):

20) Sweatshirt + Paypal receipt from Elite Sports
21) Personal loan records
22) Box of white football t-shirts
23) Box containing 69 t-shirts
24) Business records contained in plastic filing cabinet
25) Personal CC receipts 1 plastic bin
26) Business records + personal credit/debit receipts - 1 bin
27) Business records CSE/Elite Sports - 1 bin
28) ABC carpet + Blue Star documents

Received By: _____ Received From: No One Present
　　　　　　　(Signature)　　　　　　　　　　　　　　　　(Signature)